In the United States Bankruptcy Court
Western District of Arkansas

In Re: DANIEL CARR AND FELICE PARTIDA  Bankruptcy Case No: 6:25-bk-70549
Debtor(s)

BOBBY JACK SONGER  Plaintiff(s)

vs.  Adversary Proceeding No: 6:25-ap-07029

DANIEL CARR  Defendant(s)

## Certificate of Service

I, Michael Wright (Process Server), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above-styled case, was made 08/15/25 @ 1:56 P.M. by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
235 Morland CT, Hot Springs, AR 71913

☐ Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 08/15/25

Signature: /s/ Miff Wright

# U.S. Bankruptcy Court
## Western District of Arkansas

In re:

DANIEL CARR AND FELICE PARTIDA
Debtor

Bankruptcy Case No. 6:25-bk-70549

BOBBY JACK SONGER,
Plaintiff

v.

DANIEL CARR,
Defendant

Adversary Proceeding No. 6:25-ap-07029

## SUMMONS IN AN ADVERSARY PROCEEDING

To: DANIEL CARR

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk

Clerk, U.S. Bankruptcy Court
Western District of Arkansas
300 W. Second St.
Little Rock, AR 72201

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney or pro se plaintiff.

Name and Address of Plaintiff's Attorney

David A. Orsini
P.O. Box 7355
Little Rock, AR 72217

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

SERVICE OF THE SUMMONS MUST BE COMPLETED WITHIN 7 DAYS OF THE ISSUANCE OF THE SUMMONS PURSUANT TO F.R.B.P 7004(e). A CERTIFICATE OF SERVICE WITH DESIGNATED AP NUMBER IS TO BE FILED WITH THE CLERK OF THE COURT PROMPTLY UPON COMPLETION OF SERVICE.

Date Issued:

07/10/2025

Linda McCormack, Clerk Of Court

CSD 3007
EOD July 10, 2025

## U.S. Bankruptcy Court
## Western District of Arkansas

In re:

DANIEL CARR AND FELICE PARTIDA
Debtor

Bankruptcy Case No. 6:25-bk-70549

BOBBY JACK SONGER,
Plaintiff

v.

DANIEL CARR,
Defendant

Adversary Proceeding No. 6:25-ap-07029

### CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above-styled case, was made _____ by:

_____ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

_____ Publication: The defendant was served as follows: [Describe briefly]

_____ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _____ Signature: _____.

CSD 3007

# U.S. Bankruptcy Court
## Western District of Arkansas

In re:

DANIEL CARR AND FELICE PARTIDA
Debtor

Bankruptcy Case No. 6:25-bk-70549

BOBBY JACK SONGER,
Plaintiff
v.
DANIEL CARR,
Defendant

Adversary Proceeding No. 6:25-ap-07029

## SUMMONS IN AN ADVERSARY PROCEEDING

To: DANIEL CARR

YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Western District of Arkansas<br>300 W. Second St.<br>Little Rock, AR 72201 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney or pro se plaintiff.

| Name and Address of Plaintiff's Attorney |
|---|
| David A. Orsini<br>P.O. Box 7355<br>Little Rock, AR 72217 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

SERVICE OF THE SUMMONS MUST BE COMPLETED WITHIN 7 DAYS OF THE ISSUANCE OF THE SUMMONS PURSUANT TO F.R.B.P 7004(e). A CERTIFICATE OF SERVICE WITH DESIGNATED AP NUMBER IS TO BE FILED WITH THE CLERK OF THE COURT PROMPTLY UPON COMPLETION OF SERVICE.

Date Issued:

07/10/2025

Linda McCormack, Clerk Of Court

GSD 3007
EOD July 10, 2025

# U.S. Bankruptcy Court
## Western District of Arkansas

In re:

DANIEL CARR AND FELICE PARTIDA
Debtor

Bankruptcy Case No. 6:25-bk-70549

BOBBY JACK SONGER,
Plaintiff

v.

DANIEL CARR,
Defendant

Adversary Proceeding No. 6:25-ap-07029

## CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above-styled case, was made _____ by:

_____ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

_____ Publication: The defendant was served as follows: [Describe briefly]

_____ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _____ Signature: _____

CSD 3007

In the United States Bankruptcy Court
Western District of Arkansas

In Re: DANIEL CARR AND FELICE PARTIDA          Bankruptcy Case No: 6:25-bk-70549
Debtor(s)

BOBBY JACK SONGER                              Plaintiff(s)

vs.                                            Adversary Proceeding No: 6:25-ap-07029

DANIEL CARR                                    Defendant(s)

## Certificate of Service

I, _____Michael Wright (Process Server)_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above-styled case, was made _____08/15/25 @ 1:56 P.M._____ by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
235 Morland CT, Hot Springs, AR 71913

☐ Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 08/15/25                                Signature: /s/ Michael Wright